UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 24307
DAVID S JAMES
TIFFINEY T BRACEY                               CHAPTER 13

                                                JUDGE: BRUCE W BLACK

          Debtor
SSN XXX-XX-2705      SSN XXX-XX-5866

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 09/12/08 .

     2.   The case was dismissed without confirmation, 11/21/2008.

     3.   The Debtor paid a total of $   1453.86 .

     4.   The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TITLE LENDERS INC | SECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICREDIT FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| BALLYS | UNSECURED | NOT FILED | .00 | .00 |
| BANKCARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| RUSH COPLEY | UNSECURED | NOT FILED | .00 | .00 |
| BIEHL & BIEHL | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY SPV II LLC | UNSECURED | NOT FILED | .00 | .00 |
| CHEX SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| THE CHICAGO DEPT OF REVE | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT MANAGEMENT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| DIVERSIFIED CONSULTANTS | UNSECURED | NOT FILED | .00 | .00 |
| GOTTLIEB COMM HEALTH SVC | UNSECURED | NOT FILED | .00 | .00 |
| IL DEPT OF EMPLOYMENT SE | UNSECURED | NOT FILED | .00 | .00 |
| IL STATE TOLL HIGHWAY AU | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| KEYNOTE CONS | UNSECURED | NOT FILED | .00 | .00 |
| WOMANS WORKOUT WORLD | UNSECURED | NOT FILED | .00 | .00 |
| MCS | UNSECURED | NOT FILED | .00 | .00 |
| MCI | UNSECURED | NOT FILED | .00 | .00 |
| RUSH UNIVERSITY MIDICAL | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |

```
NICOR GAS                    UNSECURED    NOT FILED              .00          .00
NICOR GAS                    UNSECURED    NOT FILED              .00          .00
PAYDAY LOAN STORE            UNSECURED    NOT FILED              .00          .00
PODS                         UNSECURED    NOT FILED              .00          .00
SAFEWAY CHECKS SERVICES      UNSECURED    NOT FILED              .00          .00
TITLE LENDERS INC            UNSECURED    NOT FILED              .00          .00
TORRES CREDIT SERVICES       UNSECURED    NOT FILED              .00          .00
VILLA PARK POLICE DEPT       UNSECURED    NOT FILED              .00          .00
```

Summary of disbursements:

---------------------------------------------------------------------------------

|                    | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|--------------------|---------|----------|-----------|-------|-------|
| TOTAL CLMS ALLOWED | .00     | .00      | .00       | .00   | .00   |
| PRINCIPAL PAID     | .00     | .00      | .00       | .00   | .00   |
| INTEREST PAID      | .00     | .00      | .00       | .00   | .00   |
| TOTAL PAID         | .00     | .00      | .00       | .00   | .00   |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC        , was allowed $   3500.00
and was paid $      6.00  direct and $    917.87  through the plan.

The Trustee received $     51.37 .

Refunds to the Debtor totaled $    484.62 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 02/11/09                      /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE
```